# UNITED STATES OF AMERICA

## vs.

## KEVIN MERRILL

Criminal No. RDB-18-465

**Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 10/26/18 | 10/26/18 | **Email from Mr. Merrill** |
| 2 | 10/26/18 | 10/26/18 | **PNC bank statements** |
| 3 | 10/26/18 | 10/26/18 | **Portfolio evaluation and bank records** |
| 4 | 10/26/18 | 10/26/18 | **Delmarva Capital bank records** |
| 5 | 10/26/18 | 10/26/18 | **Platinum Express credit card statement** |
| 6 | 10/26/18 | 10/26/18 | **Southwest mileage and picture of home** |
| 7 | 10/26/18 | 10/26/18 | **Investor correspondence** |
| 8 | 10/26/18 | 10/26/18 | **Instagram photos** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 OCT 26 PM 2: 15
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY