GOV'T. EXHIBIT 9
CASE NO. RDB-18-0465
IDENTIFICATION OCT 2 6 2018
ADMITTED OCT 2 6 2018

Document ID: 0.7.6007.19972
From: Kevin Merrill <kevin@gcrinvest.com>
To: JBL <jledford@lpinv.net>
Cc:
Bcc:
Subject: pnc
Date: Sun Oct 25 2015 13:54:38 EDT
Attachments: StatementPDFServlet.pdf
PastedGraphic-1.tiff

Kevin B. Merrill
Managing Member
Global Credit Recovery
502 Washington Ave. Suite 410
Towson, MD 21204
O: 888.929.7747
C: 410.937.4963

THIS ELECTRONIC MAIL MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE PROTECTED FROM DISCLOSURE TO ANYONE OTHER THAN ITS INTENDED RECIPIENT(S). ANY DISSEMINATION OR USE OF THIS ELECTRONIC MAIL OR ITS CONTENTS BY PERSONS OTHER THAN THE INTENDED RECIPIENT(S) IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL SO THAT WE CAN CORRECT OUR INTERNAL RECORDS. PLEASE THEN DELETE THE ORIGINAL MESSAGE. THANK YOU.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 OCT 26 PH 2:13
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

Document ID: 0.7.6007.19972-000001
Owner: Kevin Merrill <kevin@gcrinvest.com>
Filename: StatementPDFServlet.pdf
Last Modified: Sun Oct 25 13:54:38 EDT 2015

# Business Checking

PNC Bank

**◉ PNC BANK**

For the Period 09/01/2015 to 09/30/2015

Primary Account Number: 53-1544-4768
Page 1 of 2
Number of enclosures: 0

GLOBAL CREDIT RECOVERY LLC
OPERATING ACCOUNT
1615 YORK RD STE 300
LUTHERVILLE MD 21093-5639

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving? Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

🖥 Visit us at PNC.com/mybusiness/

☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary

Global Credit Recovery Llc
Operating Account

Account number: 53-1544-4768

Overdraft Protection Provided By: XXXXXX4776

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 41,650.36 | .00 | 15,516.78 | 26,133.58 |
| | | | Average ledger balance | Average collected balance |
| | | | 35,612.46 | 35,612.46 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 9,071.13 |
| ACH Deductions | 8 | 6,445.65 |
| Total | 14 | 15,516.78 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 41,456.38 | 09/10 | 38,088.18 | 09/24 | 34,027.63 |
| 09/02 | 41,440.62 | 09/14 | 37,395.67 | 09/25 | 26,142.99 |
| 09/03 | 39,906.60 | 09/17 | 35,861.65 | 09/30 | 26,133.58 |
| 09/09 | 39,890.05 | 09/23 | 35,561.65 | | |

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23 | 1180 * | 300.00 | 085859655 | 09/25 | 1182 | 3,801.75 | 670570003 | 09/01 | 7008 * | 193.98 | 057342851 |
| 09/25 | 1181 | 3,801.75 | 070570009 | 09/25 | 1183 | 281.14 | 045957980 | 09/14 | 7010 * | 692.51 | 083584517 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/02 | 15.76 | Corporate ACH Elec Fee Globalcreditrec 447077 | 00015245002127893 |
| 09/03 | 1,534.02 | Corporate ACH Payroll 0120Cg26 Global 0120Cg26 | 000152450058727653 |

ACH Deductions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 09/01/2015 to 09/30/2015
Global Credit Recovery Llc
Primary Account Number: 53-1544-4768

Business Checking Account Number: 53-1544-4768 - continued

Page 2 of 2

## ACH Deductions — *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 16.55 | ACH Web-Single Webpayment Gateway Services | 00015252001359467 |
| 09/10 | 1,534.02 | Corporate ACH Payroll 0120Cg26 Global 0120Cg26 | 00015252004977002 |
| 09/10 | 267.85 | ACH Web-Single Online Pmt Comcast Ckf135175029POS | 00015253006695940 |
| 09/17 | 1,534.02 | Corporate ACH Payroll 0120Cg26 Global 0120Cg26 | 00015259005830713 |
| 09/24 | 1,534.02 | Corporate ACH Payroll 0120Cg26 Global 0120Cg26 | 00015266004392393 |
| 09/30 | 9.41 | Corporate ACH Elec Fee Globalcreditrec 1023222 | 00015272011145695 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2015.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 14 | .00 | Included in Account |
| ACH Debits | 8 | .00 | Included in Account |
| Checks Paid | 6 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC     Equal Housing Lender